UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 09-cr-177-01-JD

<u>Robert Gallant</u>

<u>O R D E R</u>

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted; Trial is continued to the two-week period beginning February 17, 2010, 1:30 p.m.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                             */s/ Joseph A. DiClerico, Jr.*
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date: November 19, 2009

cc:  Jonathan Saxe, Esq.
     Alfred Rubega, Esq.
     U.S. Marshal
     U.S. Probation