```
              UNITED STATES DISTRICT COURT FOR THE
                    DISTRICT OF NEW HAMPSHIRE
```

<u>United States of America</u>

    v.                        Criminal No. 09-cr-177-01-JD

<u>Robert Gallant</u>

<u>O R D E R</u>

The Clerk shall assign this case to another judge.

SO ORDERED.

                                         /s/ Joseph A. DiClerico, Jr.
                                       Joseph A. DiClerico, Jr.
                                         United States District Judge

March 2, 2010

cc:  Alfred J.T. Rubega, Esquire
     Jonathan R. Saxe, Esquire