UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
        Plaintiff

                    v.                          Case No.  09-cr-177-01-SM

Robert Gallant,
        Defendant

O R D E R

Defendant Gallant's motion to continue the trial is granted  (document no.

32).  Trial has been rescheduled for the June 2010 trial period.   Defendant

Gallant shall file a waiver of speedy trial rights not later than April 12, 2010.

On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance

outweigh the best interest of the public and the defendant in a speedy trial,

18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would

unreasonably deny the defendant  the reasonable time necessary for effective

preparation taking into account the exercise of due diligence under the

circumstances.

Final Pretrial Conference  is scheduled for June  4, 2010 at 11:00 a.m.

Jury selection will take place on  June 15, 2010 at 9:30 a.m.

SO ORDERED.

Steven J. McAuliffe
Chief Judge


April  2,  2010

cc:   Jonathan Saxe, Esq.
      Alfred  J.T. Rubega, AUSA
      U.S. Marshal
      U.S. Probation